UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL ABRAHAM,

        Defendant.
_____/

Case No. 1:21-cr-20561-1

Honorable Thomas L. Ludington
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Daniel Abraham's consent. ECF No. 56. On January 18, 2023, Judge Morris issued a report and recommendation (R&R) that this Court accept Defendant's guilty plea. ECF No. 66.

Although the R&R provides that the parties may object to and seek review of the recommendations within 14 days of service, neither party filed any objections. They have therefore waived their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the R&R, ECF No. 66, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 63, is **TAKEN UNDER ADVISEMENT**.

**This is not a final order and does not close the above-captioned case**.

Dated: February 3, 2023

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge